# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Law Student and Supervising Attorney of Record Certifications

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission, et al., vs. Public.Resource.Org, Inc.

Name of party/parties to be represented: Casetext, Judicata, Ravel, Free Law Project, OpenGov Found.

**I. Law Student Certification**

My signature below certifies that:

(a) I am enrolled in a law school approved by the American Bar Association.

(b) I have completed legal studies for which I have received at least 48 semester hours or 72 quarter hours of academic credit or the equivalent if the school is on some other basis.

(c) I will not ask for nor receive compensation of any kind for my services in this case except as authorized by 11th Cir. R. 46-11(b)(4).

(d) I have read and am familiar with the Code of Professional Responsibility of the American Bar Association, the Federal Rules of Appellate Procedure, and the Rules of the U.S. Court of Appeals for the Eleventh Circuit.

Signature: Erica Sollazzo Date: May 24, 2017

Name (type or print): Erica Sollazzo Law School: Stanford Law School

**II. Supervising Attorney of Record Certification**

My signature below certifies that:

(a) I am a member in good standing of the bar of this court.

(b) With respect to the law student's appearance, I consent to the participation of the law student and agree to supervise the law student; assume full, personal professional responsibility for the case and for the quality of the law student's work; will assist the law student to the extent necessary; and will appear with the law student in all written and oral proceedings before this court and be prepared to supplement any written or oral statement made by the law student to this court or opposing counsel.

Signature: ________ Date: May 24, 2017

Name (type or print): Phillip R. Malone Phone: 650-725-6369

Firm/Govt. Office: Juelsgaard IP&Innovation Ctr Address: 559 Nathan Abbott Way

City: Stanford State: CA Zip: 94305

**NOTE:** This form must be accompanied by (1) a certification by the dean of the law student's law school, and (2) written consent of the party (or party's representative) on whose behalf the law student appears. See 11th Cir. R. 46-11.

4/11

Print Form

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Dean's Certification for Law Student Legal Representation**

Law Student's Name (type or print): Erica Sollazzo

I certify that the law student named above is qualified to provide the legal representation permitted by 11th Cir. R. 46-11, and has completed legal studies for which the law student has received at least 48 semester hours or 72 quarter hours of academic credit or the equivalent if the school is on some other basis. I understand that I may withdraw this certification at any time by mailing a notice to the clerk of court.

Dean's Signature: [signature] Date: May 24, 2017

Name (type or print): Juliet Brodie, Assoc Dean-Clinical Educ'n Phone: 650-724-2507

Law School: Stanford Law School

Address: 559 Nathan Abbott Way

City: Stanford State: CA Zip: 94305

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Party's Consent for Law Student Legal Representation**

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission,, et al vs. Public.Resource.Org, Inc.

Name of party to be represented: Casetext

Law Student's Name (type or print): Erica Sollazzo

I authorize the law student named above to provide legal representation in this case acting under a supervising attorney of record, as permitted by 11th Cir. R. 46-11. I understand that the law student may assist in the preparation of briefs and other documents to be filed in this court, and may participate in oral argument in the presence of the supervising attorney of record if authorized by 11th Cir. R. 46-11 to do so.

Date: May 24, 2017

Signature of Party (or Party's Representative): [signature]

Name (type or print): Laura Safdie, COO & General Counsel, Casetext

**NOTE:** If more than one party is to be represented, submit a separate consent form for each party.



Print Form

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Party's Consent for Law Student Legal Representation**

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission, et al vs. Public.Resource.Org., Inc.

Name of party to be represented: Free Law Project

Law Student's Name (type or print): Erica Sollazzo

I authorize the law student named above to provide legal representation in this case acting under a supervising attorney of record, as permitted by 11th Cir. R. 46-11. I understand that the law student may assist in the preparation of briefs and other documents to be filed in this court, and may participate in oral argument in the presence of the supervising attorney of record if authorized by 11th Cir. R. 46-11 to do so.

Date: May 24, 2017

Signature of Party (or Party's Representative):

Name (type or print): Michael Lissner

**NOTE:** If more than one party is to be represented, submit a separate consent form for each party.



Print Form

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Party's Consent for Law Student Legal Representation**

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission, et al. vs. Public.Resource.Org., Inc.

Name of party to be represented: Judicata

Law Student's Name (type or print): Erica Sollazzo

I authorize the law student named above to provide legal representation in this case acting under a supervising attorney of record, as permitted by 11th Cir. R. 46-11. I understand that the law student may assist in the preparation of briefs and other documents to be filed in this court, and may participate in oral argument in the presence of the supervising attorney of record if authorized by 11th Cir. R. 46-11 to do so.

Date: May 24, 2017

Signature of Party (or Party's Representative):

Name (type or print): Itai Gurari

**NOTE:** If more than one party is to be represented, submit a separate consent form for each party.



Print Form

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Party's Consent for Law Student Legal Representation**

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission, et al vs. Public.Resource.Org., Inc.

Name of party to be represented: OpenGov Foundation

Law Student's Name (type or print): Erica Sollazzo

I authorize the law student named above to provide legal representation in this case acting under a supervising attorney of record, as permitted by 11th Cir. R. 46-11. I understand that the law student may assist in the preparation of briefs and other documents to be filed in this court, and may participate in oral argument in the presence of the supervising attorney of record if authorized by 11th Cir. R. 46-11 to do so.

Date: May 24, 2017

Signature of Party (or Party's Representative): [signature]

Name (type or print): Seamus Kraft

**NOTE:** If more than one party is to be represented, submit a separate consent form for each party.



Print Form

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Party's Consent for Law Student Legal Representation

Court of Appeals Docket No. 17-11589

Case Name: Code Revision Commission, et al vs. Public.Resource.Org., Inc.

Name of party to be represented: Ravel

Law Student's Name (type or print): Erica Sollazzo

I authorize the law student named above to provide legal representation in this case acting under a supervising attorney of record, as permitted by 11th Cir. R. 46-11. I understand that the law student may assist in the preparation of briefs and other documents to be filed in this court, and may participate in oral argument in the presence of the supervising attorney of record if authorized by 11th Cir. R. 46-11 to do so.

Date: 5/24/17

Signature of Party (or Party's Representative):

Name (type or print): Daniel Lewis

**NOTE:** If more than one party is to be represented, submit a separate consent form for each party.



Print Form