MEUNIER CARLIN & CURFMAN LLC
INTELLECTUAL PROPERTY LAW

**Anthony B. Askew**
Direct 404.645.7709
taskew@mcciplaw.com

May 26, 2017

**VIA ELECTRONIC FILING**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: *Code Revision Commission, et al. v. Public.Resource.Org, Inc.*, No. 17-11589-HH

Dear Mr. Smith,

Appellee/Plaintiff Code Revision Commission hereby requests a fourteen (14) day extension of time to file its Answer to Appellant/Defendant's Initial Brief. Appellee's Answer is currently due on June 16, 2017. The fourteen day extension of time would extend that deadline to June 30, 2017. This is Appellee's first request for an extension of time and it is being made more than fourteen days in advance of Appellee's deadline to file its Answer. Accordingly, Appellee's request is timely.

Appellant consents to Appellee's request for a 14 day extension of time to file its Answer, and Appellee understands that Appellant intends to request a similar 14 day extension of time in relation to its Reply. Both of these requests are being made due to pre-existing vacation schedules and conflicts.

Please feel free to contact me if you have any questions or if I may be of any further assistance in this matter.

Sincerely,

Anthony B. Askew
Principal

Cc: Elizabeth Rader, Esq., counsel for Appellant (by electronic mail)