**Case No. 17-11589**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA

*Plaintiff-Appellee*,

v.

PUBLIC.RESOURCE.ORG, INC.

*Defendant-Appellant*.

*Appeal from the United States District Court*
*for the Northern District of Georgia, Atlanta Division*
*Case No. 1:09-CV-02594-RWS*

## UNOPPOSED CORRECTED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' INITIAL BRIEF

Anthony B. Askew
Lisa C. Pavento
Warren Thomas
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707

*Counsel for Appellee-Plaintiff*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees Code Revision Commission on behalf of and for the benefit of The General Assembly of Georgia, and The State of Georgia provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

- Acton, Anne M.* (Amicus Curiae)
- Adelman, Beth* (Amicus Curiae)
- Alston & Bird, LLP (Counsel for Defendant-Appellant)
- American Civil Liberties Union Foundation (Amicus Curiae)
- American Civil Liberties Union Foundation of Georgia, Inc. (Amicus Curiae)
- Anzalone, Filippa Marullo* (Amicus Curiae)
- Askew, Anthony B. (Counsel for Plaintiff-Appellees)
- Bhandari, Esha (Counsel for Amici Curiae American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Georgia, Inc.)
- Bowler, John M. (Counsel for Amicus Matthew Bender & Co., Inc.)
- Butler, Brandon C.* (Amicus Curiae)

- Carrier, Michael A.* (Amicus Curiae)
- CaseText (Amicus Curiae)
- Chisolm, Tuneen* (Amicus Curiae)
- Clifford, Ralph D.* (Amicus Curiae)
- Code Revision Commission (Plaintiff-Appellee, on behalf of and for the benefit of the General Assembly and the State of Georgia)
- Cohen, Hon. Mark H. (U.S. District Court Judge for the Northern District of Georgia (originally assigned))
- Courtney, Kyle K.* (Amicus Curiae)
- Danner, Richard A.* (Amicus Curiae)
- Duan, Charles (Counsel for Amici Curiae Public Knowledge, The American Library Association, The Association of Research Libraries, The Association of College and Research Libraries, The Organization for Transformative Works, The Institute of Intellectual Property and Social Justice and forty-one (41) librarians and professors of law (identified on this form with an asterisk))
- Durie Tangri, LLP (Counsel for Defendant-Appellant)
- Emerson, Amy A.* (Amicus Curiae)
- Fastcase, Inc. (Legal publisher having an interest in offering its subscribers

the Official Code of Georgia, Annotated without the need for a license)

- Ford, Roger Allan* (Amicus Curiae)
- Fortney, Katie* (Amicus Curiae)
- Free Law Project (Amicus Curiae)
- Frye, Brian L.* (Amicus Curiae)
- General Assembly of Georgia (Beneficiary of Plaintiffs-Appellees)
- Georgia Attorney General's Office (Counsel for State of Georgia)
- Ghosh, Shubha* (Amicus Curiae)
- Gratz, Joseph C. (Counsel for Defendant-Appellant)
- Halperin, David (Counsel for Defendant-Appellant)
- Hansen, David R.* (Amicus Curiae)
- Heald, Paul Justin* (Amicus Curiae)
- Hirsch, Kenneth J.* (Amicus Curiae)
- Hirsch, Michelle J. (Counsel for State of Georgia)
- Hobbs, Michael B. (Counsel for Amicus Matthew Bender & Co., Inc.)
- Joergensen, John* (Amicus Curiae)
- Johnson, Eric E.* (Amicus Curiae)
- Judicata (Amicus Curiae)

- Juelsgaard Intellectual Property and Innovation Clinic (Counsel for Amici Curiae Casetext, Free Law Project, Judicata, OpenGov Foundation, and Ravel)
- Keele, Benjamin J.* (Amicus Curiae)
- Kennedy, Jocelyn* (Amicus Curiae)
- Klinefelter, Anne* (Amicus Curiae)
- LaFantano, Sarah Parker (Counsel for Defendant-Appellant)
- Lantagne, Stacey M.* (Amicus Curiae)
- Lee, Sarah Hooke* (Amicus Curiae)
- Leiter, Richard* (Amicus Curiae)
- Lexis/Nexis Group (Parent of Amicus Curiae Matthew Bender & Co., Inc.)
- Liebesman, Yvette Joy* (Amicus Curiae)
- Love, Brian J.* (Amicus Curiae)
- Macklin, Lisa A.* (Amicus Curiae)
- Malamud, Carl (President and Founder of Defendant-Appellant)
- Malone, Phillip R. (Counsel for Amici Curiae Casetext, Free Law Project, Judicata, OpenGov Foundation, and Ravel)
- Matthew Bender & Co., Inc. (Amicus Curiae and licensee of Plaintiffs-Appellees)

- Mayer, John* (Amicus Curiae)
- Meunier Carlin & Curfman LLC (Counsel for Plaintiffs-Appellees)
- Mills Legal Clinic at Stanford Law School (Counsel for Amici Curiae Casetext, Free Law Project, Judicata, OpenGov Foundation, and Ravel)
- Mtima, Lateef L.* (Amicus Curiae)
- OpenGov Foundation (Amicus Curiae)
- Pavento, Lisa C. (Counsel for Plaintiffs-Appellees)
- Pearlman, Jeffrey (Counsel for Amici Curiae Casetext, Free Law Project, Judicata, OpenGov Foundation, and Ravel)
- Public.Resource.Org, Inc. (Defendant-Appellant)
- Rader, Elizabeth H. (Counsel for Defendant-Appellant)
- Ravel (Amicus Curiae)
- Rosenberg, Jason D. (Counsel for Defendant-Appellant)
- Schemmel, Lawrence A. (Counsel for State of Mississippi)
- Seipp, David J.* (Amicus Curiae)
- Selby, Courtney* (Amicus Curiae)
- Silbey, Jessica* (Amicus Curiae)
- Smith, Kevin L.* (Amicus Curiae)

- Sorkin, David E.* (Amicus Curiae)
- State of Georgia (Plaintiff-Appellee)
- State of Mississippi (State alleging Defendant-Appellant infringes copyright in its official code)
- Street, Leslie* (Amicus Curiae)
- Story, Hon. Richard W. (U.S. District Judge for the Northern District of Georgia)
- Thomas, Warren J. (Counsel for Plaintiffs-Appellees)
- Troutman Sanders LLP (Counsel for Amicus Curiae Matthew Bender & Co., Inc.)
- Tushnet, Rebecca* (Amicus Curiae)
- Walters, Edward (Co-Founder and CEO of Fastcase, Inc.)
- Wheeler, Ronald E.* (Amicus Curiae)
- Williams, Beth* (Amicus Curiae)
- Zimmerman, Katie* (Amicus Curiae)
- Zittrain, Jonathan L.* (Amicus Curiae)

**MOTION FOR EXTENSION OF TIME**

Appellees Code Revision Commission on behalf of and for the benefit of The General Assembly of Georgia, and The State of Georgia hereby request a fourteen (14) day extension of time to file its Answer to Appellant's Initial Brief. Appellees' Answer is currently due on June 16, 2017. The fourteen day extension of time would extend that deadline to June 30, 2017. This is Appellees' first request for an extension of time, and it is being made more than fourteen days in advance of Appellees' deadline to file its Answer. Accordingly, Appellees' request is timely.

Appellant consents to Appellees' request for a 14 day extension of time to file its Answer, and Appellees understand that Appellant intends to request a similar 14 day extension of time in relation to its Reply. Both of these requests are being made due to pre-existing vacation schedules and conflicts.

Respectfully submitted this 30th day of May, 2017.

/s/*Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren J. Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com

lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for Appellee-Plaintiff*

**CERTIFICATE OF COMPLIANCE**

This motion complies with typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft® Word 2010, Times New Roman, 14 point.

/s/*Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 30th day of May, 2017, I have electronically filed the foregoing UNOPPOSED CORRECTED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' INITIAL BRIEF with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/*Anthony B. Askew*
Anthony B. Askew